Law Offices

## Suslovich & Klein LLP

Chase Manhattan Building
1507 Avenue M
Brooklyn, New York  11230-5214

JACOB F. SUSLOVICHTELEPHONE   718-382-5700
SIMON KLEINTELEFAX   718-382-5796

May 2, 2022

HON. KATHERINE POLK FALLIA
United States District Court, Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

Re:Ricardo Velasquez v. El Porton Bar and 576 Southern Blvd LLC
<u>Southern District of New York, Case No. 21-cv-9141(KPF)</u>

Your Honor:

I represent Defendant, 576 Southern Blvd LLC, one of the two defendants in the above action. This is to request that the Court adjourn the upcoming initial conference which was just re-scheduled for May 11, 2022 at 3:00 p.m. to the following week, the week of May 16, 2022 or any later date.  I will out of the country and not be available the whole of next week (I am going with my synagogue on a Jewish history tour of Poland).  I have conferred with all counsel and they all consent to a further adjournment to the following week other than that counsel, Jason Rozger, is not available on May 17 or 19.

Respectfully submitted,

*Mark M. Kranz*
Mark M. Kranz

```
Application GRANTED.  The initial pretrial conference currently
scheduled for May 11, 2022, is hereby ADJOURNED to June 1, 2022, at
12:00 p.m.

The Clerk of Court is directed to terminate the motion at docket entry
24.
```
SO ORDERED.

Dated:May 2, 2022
New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE